UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY CHEVER BOOKER, BB2191, <br> Petitioner, <br> v. <br> SUPERIOR COURT OF THE STATE OF CALIFORNIA, et al., <br> Respondent(s). | Case No. 18-cv-03173-SK (PR) <br><br> **ORDER OF TRANSFER** |

Petitioner seeks federal habeas review of a conviction and sentence from Sacramento County Superior Court, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Petitioner is incarcerated at the California Institution for Men in San Bernardino County, which lies within the venue of the Central District of California. See id. § 84(c).

Venue is proper in a habeas action in either the district of confinement or the district of conviction, see 28 U.S.C. § 2241(d); however, petitions challenging a conviction or sentence preferably are heard in the district of conviction. See Habeas L.R. 2254-3(a); Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993).

Because Sacramento County lies in the Eastern District of California, the court ORDERS that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of justice, this petition be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: June 6, 2018

*Sallie Kim*

SALLIE KIM
United States Magistrate Judge